No. 81–2337. BLOCK, SECRETARY OF AGRICULTURE, ET AL. *v.* NORTH DAKOTA EX REL. BOARD OF UNIVERSITY AND SCHOOL LANDS. C. A. 8th Cir. [Certiorari granted, *ante*, p. 820.] Motion of North Dakota and *amicus curiae* California for divided argument to permit California to present oral argument as *amicus curiae* and for additional time for argument denied.

No. 82–56. SIMMONS ET AL. *v.* SEA-LAND SERVICES, INC., ET AL., *ante*, p. 931. Respondents are requested to file a response to the petition for rehearing within 30 days.

No. 82–131. JONES & LAUGHLIN STEEL CORP. *v.* PFEIFER. C. A. 3d Cir. [Certiorari granted, *ante*, p. 821.] Motion of Alcoa Steamship Co., Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 82–167. CHAPPELL ET AL. *v.* WALLACE ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 966.] Motion for appointment of counsel granted, and it is ordered that John Murcko, Esquire, of Oakland, Cal., be appointed to serve as counsel for respondents in this case.

No. 82–268. FIRST PENNSYLVANIA BANK, N.A. *v.* LANCASTER COUNTY TAX CLAIM BUREAU ET AL. Sup. Ct. Pa. Motion of appellee Della Becker to expedite consideration of the statement as to jurisdiction denied.

No. 82–5580. IN RE DAVIS. Petition for writ of mandamus denied.

No. 82–5576. PICKETT ET AL. *v.* BROWN ET AL. Appeal from Sup. Ct. Tenn. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.